BOLIVARIAN REPUBLIC OF VENEZUELA

 

MINISTRY OF PEOPLE'S POWER FOR INTERIOR AFFAIRS, JUSTICE, AND PEACE
OFFICE OF THE VICE MINISTRY OF INTERIOR POLICY AND LEGAL SECURITY
GENERAL DIRECTORATE OF JUSTICE AND PEACE COORDINATION
CRIMINAL RECORD COORDINATION

## CRIMINAL RECORD CERTIFICATION

On behalf of the Citizen Minister of People's Power for Internal Affairs, Justice and Peace, the General Directorate of Justice, Religious Institutions and Cults, in the exercise of its functions and complying with the Criminal Record Registration Law, published in the Official Gazette of the Republic of Venezuela (now Bolivarian Republic of Venezuela) No. 31,791, dated August 3, 1979, at the request of an interested party, issues a criminal record certificate to the citizen:

EMBEER JOSUE GUTIERREZ TERNAWSKYJ        ID: V-30000050

It is confirmed, after reviewing the Criminal Records Office database and up to the issuance of this document, that the aforementioned citizen DOES NOT HAVE A CRIMINAL RECORD IN THE BOLIVARIAN REPUBLIC OF VENEZUELA.

This certificate is issued for presentation to the authorities of the **UNITED STATES OF AMERICA.**

This certificate is issued in the city of Caracas, on July 25, 2025.



(stamp)                    *(Signature)*

**FELIX RAMON OSORIO GUZMAN**
VICE MINISTER OF INTERIOR POLICY AND LEGAL SECURITY
Appointed pursuant to Decree No. 5,036 dated November 12, 2024.
Published in the Official Gazette of the Bolivarian Republic of Venezuela
No. 43,005 Extraordinary on the same date.

Atención: Este documento consta de una (1) hoja, la cual no debe contener enmiendas, tachaduras, modificaciones o superposiciones. Los datos de identificación del solicitante son suministrados por el Servicio Administrativo de Identificación, Migración y Extranjería (SAIME). La autenticidad de este certificado lo puede verificar a través del portal www.mpprijp.gob.ve con el Nro: 10220257115110 o escaneando el código QR.

 

Bolivarian Government of Venezuela — Ministry of People's Power for Interior Affairs, Justice, And Peace

Av.Urdaneta, Esq. Platanal. Edificio Sede MPPRIJP. 4th Floor, La Candelaria, Caracas-Venezuela
Phone: 506.1111 Fax 506.1704

I, **OSMEL PADRON,** fluent in English and Native in Spanish, hereby certify that I have translated the following document which is attached to this Affidavit:

## I STATE THAT THE ATTACHED DOCUMENT
## "Criminal Record Certification"

**From: EMBEER JOSUE GUTIERREZ TERNAWSKYJ**

I further certify that, to the best of my knowledge, the attached document written and presented to me in Spanish is a true and accurate translation of the attached document in English.

_____
(Signature of Translator/Verifier)

Date: **August 14, 2025**

<u>OSMEL PADRON</u>
3100 OLD WINTER GARDEN RD.
OCOEE, FL 34761
PHONE (321)200-2096
ATA Member Nº 270354

REPÚBLICA BOLIVARIANA DE VENEZUELA




MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES, JUSTICIA Y PAZ
DESPACHO DEL VICEMINISTERIO DE POLÍTICA INTERIOR Y SEGURIDAD JURÍDICA
DIRECCIÓN GENERAL DE ARTICULACIÓN PARA JUSTICIA Y PAZ
COORDINACIÓN DE ANTECEDENTES PENALES

## CERTIFICACIÓN DE ANTECEDENTES PENALES

En nombre del Ciudadano Ministro del Poder Popular para Relaciones Interiores, Justicia y Paz, la Dirección General de Justicia, Instituciones Religiosas y Cultos, en ejercicio de sus funciones y cumpliendo la Ley de Registro de Antecedentes Penales, publicada en la Gaceta Oficial de la República de Venezuela (hoy República Bolivariana de Venezuela) Nro. 31.791, de fecha 03 de agosto de 1979, a solicitud de parte interesada expide, certificado de antecedentes penales al ciudadano (a):

EMBEER JOSUE GUTIERREZ TERNAWSKYJ            CI: V-30000050

Se constata, luego de revisada la base de datos de la Oficina de Antecedentes Penales y hasta la emisión del presente documento, que el referido ciudadano(a) NO REGISTRA ANTECEDENTES PENALES EN LA REPÚBLICA BOLIVARIANA DE VENEZUELA.

El presente certificado se emite a efectos de ser presentado ante las autoridades de **ESTADOS UNIDOS DE AMÉRICA**.

Certificación que se expide en la ciudad de Caracas, el 25 de Julio del 2025.

**FÉLIX RAMÓN OSORIO GUZMÁN**
VICEMINISTRO DE POLÍTICA INTERIOR Y SEGURIDAD JURÍDICA
Designada según Decreto N° 5.036 de fecha 12 de Noviembre de 2024.
Publicado en Gaceta Oficial de la República Bolivariana de Venezuela
N° 43.005 Extraordinario en la misma fecha.

Atención: Este documento consta de una (1) hoja, el cual no debe contener enmiendas, tachaduras, modificaciones o superposiciones. Los datos de identificación del solicitante son suministrados por el Servicio Administrativo de Identificación, Migración y Extranjería (SAIME). La autenticidad de este certificado lo puede verificar a través del portal www.mpprijp.gob.ve con el Nro: 10220257115110 o escaneando el código QR.




A P




Av.Urdaneta, Esq. Platanal. Edificio Sede MPPRIJP. Piso 4, La Candelaria, Caracas-Venezuela
Telf: 506.1111 Fax 506.1704